UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

FLORO ANTONIO MACIEL BENEGAS,
TARCISCIO FERREIRA and
FAUSTO PERALTA,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BILL OF PARTICULARS

Cr. No. 17-577 (JS)

The United States of America, by and through Bridget M. Rohde, Acting United States Attorney for the Eastern District of New York, and Madeline O'Connor, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The above-captioned Indictment seeks forfeiture of property pursuant to Title 18, United States Code, Sections 982(a)(1) and 982(b)(1), Title 21, United States Code, Section 853(p), and Title 31, United States Code, Sections 5317(c)(1)(A) and (B). The United States hereby gives notice that it seeks forfeiture of the following property:

    (i)      one hundred twelve thousand, three hundred thirteen dollars and no cents ($112,313.00) seized from the defendant on or about June 23, 2017 in Melville, New York;

    (ii)     three hundred forty-seven thousand, one hundred twenty-one dollars and no cents ($347,121.00) seized on or about October 26, 2017 at 142 Brighton Avenue in Long Branch, New Jersey;

(iii)    non-negotiable checks seized on or about October 26, 2017 at 142 Brighton Avenue in Long Branch, New Jersey;

(iv)    one (1) Dell computer, serial number DL31JK2 seized on or about October 26, 2017 at 142 Brighton Avenue in Long Branch, New Jersey;

(v)    one Silver Apple IPhone, serial number A1524 and one Black Apple IPhone, serial number A1661 seized on or about October 26, 2017 at 142 Brighton Avenue in Long Branch, New Jersey;

(vi)    miscellaneous documents seized on or about October 26, 2017 at 142 Brighton Avenue in Long Branch, New Jersey;

(vii)    fourteen thousand, one hundred forty-seven dollars and no cents ($14,147.00) seized from the defendant on or about October 26, 2017 near the vicinity of Brighton Avenue in Long Branch, New Jersey;

(viii)    one (1) Silver Apple IPhone seized from the defendant on or about October 26, 2017 near the vicinity of Brighton Avenue in Long Branch, New Jersey;

(ix)    one (1) black bag seized from the defendant on or about October 26, 2017 near the vicinity of Brighton Avenue in Long Branch, New Jersey;

(x)    one (1) red ledger notebook seized from the defendant on or about October 26, 2017 near the vicinity of Brighton Avenue in Long Branch, New Jersey; and

(xi)    miscellaneous documents seized from the defendant on or about October 26, 2017 near the vicinity of Brighton Avenue in Long Branch, New Jersey.

The United States reserves the right to supplement or amend this Bill of Particulars.

Dated: Central Islip, New York
November 21, 2017

BRIDGET M. ROHDE
Acting United States Attorney
Eastern District of New York
610 Federal Plaza East
Central Islip, New York 11722

By: /s/ *Madeline O'Connor*
Madeline O'Connor
Assistant United States Attorney
(631) 715-7870